UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BOBBIE JO CHITWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21 CV 39 CDP |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

For the reasons stated in defendant's motion to reverse and remand,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [15] is granted, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded for further proceedings.

A separate Judgment is entered herewith.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2021.