UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BOBBIE JO CHITWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21 CV 39 CDP |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,428.00 [18] and motion for bill of costs in the amount of $402.00. Defendant does not object to an award of fees or costs in the requested amounts. (Doc. # 20).

On October 29, 2021, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award of fees and costs in the requested amounts.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [18]

is granted as follows: plaintiff shall recover attorney's fees from the Social Security Administration in the amount of $4,428.00, and under the terms of Plaintiff's Affidavit and Assignment of EAJA Attorney Fee executed by the plaintiff in this case (Doc. #18-3), the award shall be made payable to the Parmele Law Firm, P.C. unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

**IT IS FURTHER ORDERED** that plaintiff's motion for bill of costs [19] is granted, and defendant shall reimburse plaintiff's costs from the Judgment Fund in the amount of $402.00, and said award shall be made payable to plaintiff.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2022.